IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00527-RPM

DIANE HOGREFE,
CONSTANCE ROBINSON, and
RICHARD SMITH, JR., in their capacity as Successor Co-Trustees of
The Smith Family Trust B,

          Plaintiffs,

vs.

GAYLE SMITH, individually, and in her capacity as Personal Representative of the Estate of Richard C. Smith, deceased, and as Trustee or the Richard and Gayle Smith Revocable Living Trust,
FREDERICKSON & JOHNSON, P.C., a Colorado professional corporation,
MUELLER & ASSOCIATES, P.C., a Colorado professional corporation,
BRUCE JOHNSON and
JEFFREY L. MUELLER, individually,

          Defendants.

---

## ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **June 22, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **June 14, 2007.**

Dated: May 4th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge