IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00527-RPM-BNB

DIANE HOGREFE,
CONSTANCE ROBINSON, and
RICHARD SMITH, JR., in their capacity as Successor Co-Trustees of
The Smith Family Trust B,

             Plaintiffs,

vs.

GAYLE SMITH, individually, and in her capacity as Personal Representative of the
Estate of Richard C. Smith, deceased, and as Trustee or the Richard and Gayle Smith
Revocable Living Trust,
FREDERICKSON & JOHNSON, P.C., a Colorado professional corporation,
MUELLER & ASSOCIATES, P.C., a Colorado professional corporation,
BRUCE JOHNSON and
JEFFREY L. MUELLER, individually,

             Defendants.

_____

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT
_____

Upon consideration of the Plaintiffs' Motion for Leave to File Amended

Complaint, submitted October 11, 2007, with the proposed amended complaint

attached; the defendants' responses and the plaintiffs' reply, it is

ORDERED that the motion is granted and the amended complaint is filed.

Dated: November 7th , 2007

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge