IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00527-RPM-BNB

DIANE HOGREFE,
CONSTANCE ROBINSON, and
RICHARD SMITH, JR., in their capacity as Successor Co-Trustees of The Smith Family Trust B,

Plaintiffs,

v.

GAYLE SMITH, individually and in her capacity as Personal Representative of the Estate of Richard C. Smith, deceased, and as Trustee of the Richard and Gayle Smith Revocable Living Trust,
FREDERICKSON & JOHNSON, P.C., a Colorado professional corporation,
MUELLER & ASSOCIATES, P.C., a Colorado professional corporation,
BRUCE JOHNSON, individually, and
JEFFREY L. MUELLER, individually,

Defendants.
_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **February 20, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 23, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge