IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00527-RPM-BNB

DIANE HOGREFE,
CONSTANCE ROBINSON, and
RICHARD SMITH, JR., in their capacity as Successor Co-Trustees of
The Smith Family Trust B,

        Plaintiffs,

vs.

GAYLE SMITH, individually, and in her capacity as Personal Representative of the Estate of Richard C. Smith, deceased, and as Trustee or the Richard and Gayle Smith Revocable Living Trust,
FREDERICKSON & JOHNSON, P.C., a Colorado professional corporation,
MUELLER & ASSOCIATES, P.C., a Colorado professional corporation,
BRUCE JOHNSON and
JEFFREY L. MUELLER, individually,

        Defendants.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [41] filed on February 20, 2008, it is

ORDERED that this civil action is dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

Dated: February 21, 2008

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge